ALVERSON, TAYLOR, MORTENSEN & SANDERS
SEETAL TEJURA, ESQ. (#008284)
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000 / (702) 385-7000 Facsimile
efile@alversontaylor.com
Attorneys for Defendant
24 HOUR FITNESS USA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

~*~

| | |
|---|---|
| BRIAN MOFFITT, and BARBARA MOFFITT<br><br>Plaintiffs,<br><br>vs.<br><br>24 HOUR FITNESS USA, INC., a Foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.  2:12-cv-00469-PMP-RJJ<br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendant, 24 HOUR FITNESS USA, INC., hereby substitutes the firm of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER as attorneys of record in this matter, in the place and stead of the law firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS.

DATED THIS 12th day of October, 2012.

24 HOUR FITNESS

By _____

Printed Name: Lionel Smith

Title: Risk Manager

19830-ST
sub atty

1  The law firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS hereby agree and
2  consent to the substitution of the firm of THORNDAL ARMSTRONG DELK BALKENBUSH
3  & EISINGER as the attorneys of record for Defendant, 24 HOUR FITNESS USA, INC., in this
4  matter.

5  DATED THIS 10th day of October, 2012.

   ALVERSON, TAYLOR, MORTENSEN
   & SANDERS

   By /s/ Seetal Tejura
   SEETAL TEJURA, ESQ. (#008284)
   7401 West Charleston Blvd.
   Las Vegas, Nevada 89117

11  The law firm of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER
12  hereby accepts substitution as attorneys of record for Defendant, 24 HOUR FITNESS USA,
13  INC., in this matter.

14  DATED THIS 12th day of October, 2012.

   THORNDAL ARMSTRONG DELK
   BALKENBUSH & EISINGER

   By /s/
   KEVIN R. DIAMOND, ESQ. (#004967)
   1100 E. Bridger
   Las Vegas, Nevada 89101

## ORDER

22  IT IS HEREBY ORDERED that pursuant to the foregoing Substitution of Attorneys that
23  the law firm of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER is
24  substituted as attorneys of record in place of the law firm of ALVERSON, TAYLOR,

19830-ST

MORTENSEN & SANDERS on behalf of Defendant 24 HOUR FITNESS USA, INC.

IT IS FURTHER ORDERED that the Court remove from the list of counsel to be noticed, SEETAL TEJURA, ESQ. of the law firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS.

Dated this 12th day of October, 2012.

_____
THE HONORABLE JUDGE PHILIP M. PRO /
UNITED STATES DISTRICT JUDGE

19830-ST
sub atty